David M. Wagner
Griffin B. Stevens
CROWLEY FLECK PLLP
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone:  (406) 556-1430
Fax:  (406) 556-1433
dwagner@crowleyfleck.com
gstevens@crowleyfleck.com

*Attorneys for First Interstate Bank and Marlin Norling*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA, DIVISION

| | |
|---|---|
| JOHN CAMPBELL McTIERNAN, JR.,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK<br>And<br>MARLIN NORLING<br>AND<br>RANCH MARKETING ASSOCIATES, LLC<br><br>                Defendants. | Cause No. CV-18-91-H-SEH<br><br>**FIRST INTERSTATE BANK'S AND MARLIN NORLING'S JOINT MOTION TO DISMISS** |

Defendants First Interstate Bank and Marlin Norling (collectively "Defendants") hereby move to dismiss Plaintiff John Campbell McTiernan, Jr.'s Complaint:

    (1) for failure to state a claim upon which relief can be granted and,

    (2) in the alternative, for improper venue.

Defendants' motion is made pursuant to F. R. Civ. P. 12(b)(3) & (6).  Defendants' motion is supported by the contemporaneously filed brief.  On October 3, 2018, Plaintiff's Montana counsel, Scott B. Johnson, informed Defendants' counsel that Plaintiff objects to this Motion.

    Dated this 4th day of October, 2018

                        CROWLEY FLECK PLLP

                        By /s/ David M. Wagner

                        David M. Wagner
                        P.O. Box 10969
                        Bozeman, MT 59719-0969

                        Attorneys for First Interstate Bank and Marlin Norling

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record by the means designated below this 4th day of October, 2018.

[ ] U.S. Mail            Scott B. Johnson
[ ] Hand Delivery        P.O. Box 223
[ ] Facsimile            402 Mineral Ave. # 1
[ ] FedEx                Troy, MT 59935
[x] ECF                  Johnsonb@netzero.com
                         *Attorney for Plaintiffs*

[ ] U.S. Mail            Brian H. Mahany
[ ] Hand Delivery        Mahany Law
[ ] Facsimile            P.O. Box 511328
[ ] FedEx                Milwaukee, Wisconsin 53203
[x] ECF                  brian@mahanylaw.com

                         *Attorney for Plaintiffs*
[ ] U.S. Mail            Corey Spearman
[ ] Hand Delivery        Barnes Law LLP
[ ] Facsimile            601 South Figueroa Street, Suite 450
[ ] FedEx                Los Angeles, CA 90017
[x] ECF                  coreyspearman@barneslawllp.com

                         *Attorney for Plaintiffs*

                                    /s/ David M. Wagner
                                    David M. Wagner