IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION



FILED
NOV 0 5 2018
Clerk, U S District Court
District Of Montana
Helena

| | |
|---|---|
| JOHN CAMPBELL MCTIERNAN,<br><br>                  Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>                  Defendants. | No. CV 18-91-H-SEH<br><br>**ORDER** |

Plaintiff having filed an Amended Complaint[1] on October 30, 2018,

ORDERED:

Defendants' Joint Motion to Dismiss[2] is DENIED as moot.

DATED this 5th day of November, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 8.

[2] Doc. 3.