FILED

1/29/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| JOHN CAMPBELL MCTIERNAN,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | No. CV 18-91-H-SEH<br><br>**ORDER** |

The Court conducted a hearing on Defendant's Motion to Dismiss Plaintiff's Amended Complaint[1] at 10:00 a.m. on January 29, 2019. Upon the record made and for the reasons stated in open court,

ORDERED:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint[2] is GRANTED.

---

[1] Doc. 11.

[2] Doc. 11.

-1-

2. The clerk is directed to close the case.

DATED this 29th day of January, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Court