FILED
1/29/2019

Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN CAMPBELL MCTIERNAN,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | Case No. CV-18-091-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 24)  this matter is Dismissed.

Dated this 29th day of January, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk